BETHINIA M. BROWN, respondent,

*v.*

MARION B. ROWLAND, appellant.

[Argued October 27th, 1947.  Decided January 29th, 1948.]

*Mr. Harvey T. Satterthwaite,* for the appellant.

*Mr. John F. McCarthy,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *137 N. J. Eq. 462.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   12.

*For reversal*—DONGES, J.   1.